UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| WILLIAM LOUIS KINHART, | Civil No. 2:19-CV-00593-JLR |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

Defendant shall have up to and including August 2, 2019, to file a Response to Plaintiff's Complaint.

DATED this 1st day of July 2019.

_____
UNITED STATES JUDGE

Page 1    ORDER - [2:19-CV-00593-JLR]

Presented by:

s/ Courtney Garcia
COURTNEY GARCIA
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2934
Fax: (206) 615-2531
courtney.garcia@ssa.gov