1                                                      JAMES L. ROBART

2                                 UNITED STATES DISTRICT JUDGE

3

4

5

6                               UNITED STATES DISTRICT COURT

7                         WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 8    WILLIAM LOUIS KINHART, <br><br> 9            Plaintiff, <br><br> 10 <br><br> 11            v. <br><br> 12    COMMISSIONER OF SOCIAL <br> SECURITY, <br><br> 13 <br><br> 14            Defendant. | NO. C19-593-JLR <br><br><br> ORDER AWARDING ATTORNEYS FEES <br> UNDER EQUAL ACCESS TO JUSTICE <br> ACT |

15          The COURT having reviewed plaintiff's motion for award of attorney's fees and

16

17 supporting documents pursuant to the Equal Access to Justice Act, 28 USC §§2412, and all

18 responding pleadings from the Commissioner and plaintiff, and being fully advised, and

19 finding that the ALJ's decision in this matter was not substantially justified , it is hereby

20 ORDERED that attorney fees in the total amount of $3,261.42 and costs of $400.00 shall be

21 awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d). *Astrue*

22 *v. Ratliff*, 130 S.Ct. 2521 (2010).

23          If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, are not

24 subject to any offset allowed under the Department of the Treasury's Offset Program, then the

25

ORDER AWARDING EAJA FEES - 1

**KOPLIN LAW, LLC** <br> 8512 122nd Avenue NE Suite 315 <br> Kirkland, WA 98033-5831 <br> W: (206) 960-4500 / F: (206)- 641-9628

1    check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Joseph

2    L. Koplin.

3           Whether the check is made payable to Plaintiff, or to Joseph L. Koplin, the check shall

4    be mailed to Joseph L. Koplin at the following address:

5
           Joseph L. Koplin
6          Koplin Law LLC
           8512 122nd Avenue NE, Suite 315
7          Kirkland, WA 98033-5831

8          DATED this 12th day of March, 2020.

9

10                                             _____
                                               JAMES L. ROBART
11                                             United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER AWARDING EAJA FEES - 2